DEBORAH J. BROYLES, CA BAR NO. 167681
DEBORAH R. SCHWARTZ, CA BAR NO. 208934
TZADDI S. THOMPSON, CA BAR NO. 229018
THELEN REID BROWN RAYSMAN & STEINER LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel. 415.371.1200
Fax 415.371.1211

Attorneys for Defendant
KAISER FOUNDATION HOSPITALS

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA POWE-FLORES, | Case No.: C 08-02527 ADR TEH |
| Plaintiff, | **CERTIFICATE OF SERVICE BY MAIL** |
| vs. | |
| KAISER FOUNDATION HOSPITALS and RYAN THOMAS, | |
| Defendants. | |

Felicia Powe-Flores v. Kaiser Foundation Hospital, et al.

**PROOF OF SERVICE BY MAIL**

USDC Northern District of California Case No. C 08-02527 TEH

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid Brown Raysman & Steiner LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105.

On May 20, 2008, I served the following entitled document:

**CIVIL COVER SHEET;**

**NOTICE OF REMOVAL OF CIVIL ACTION;**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES (includes CASE SCHEDULE-ADR MULTI-OPTION PROGRAM; STANDING ORDER FOR THE HONORABLE THELTON E. HENDERSON; and STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA CONTENTS OF JOINT CASE MANAGEMENT STATEMENT);**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;**

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE;**

**ECF REGISTRATION INFORMATION HANDOUT;**

**WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; and**

**DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA**

by placing a true and correct copy thereof in a sealed envelope addressed as follows:

| | |
|---|---|
| John Houston Scott, Esq.<br>Lizabeth N. de Vries, Esq.<br>Scott Law Firm<br>1375 Sutter Street, Suite 222<br>San Francisco, CA 94109<br>Telephone: 415.561.9600<br>Fax: 415.561.9609<br>john@scottlawfirm.net<br>liza@scottlawfirm.net | Attorneys for Plaintiff |

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 20, 2008, at San Francisco, California.

/s/ _____
Robyn Bird