UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FELCIA POWE-FLORES,

              Plaintiff(s),

v.

KAISER FOUNDATION HOSPITALS
and RYAN THOMAS,
              Defendant(s).
_____/

Case No. C 08-02527 ADR TEH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/1/08

                                      [Party] Kaiser Foundation Hospitals

Dated: _____

                                      [Counsel] Deborah R. Schwartz

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FELCIA POWE-FLORES,

          Plaintiff(s),

v.

KAISER FOUNDATION HOSPITALS
and RYAN THOMAS,
          Defendant(s).

Case No. C 08-02527 ADR TEH

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____

Dated: 8/1/08

_____
[Party] Kaiser Foundation Hospitals

_____
[Counsel] Deborah R. Schwartz

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05