UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Judge:** THELTON E. HENDERSON

**Date**: August 25, 2008

**Case No.**  C 08-02527  TEH

**Case Title**: FELICIA POWE-FLORES -v- KAISER FOUNDATION HOSPITALS, et al.

**Appearances**:

    For Plaintiff(s): Liza deVries, John Scott

    For Defendant(s): Deborah Schwartz

**Deputy Clerk**: Rowena B. Espinosa     **Court Reporter**: not reported

### PROCEEDINGS

1. Initial Case Management Conference - held

Non-Expert Discovery Cutoff: **06/15/09**

Last Day to File Dispositive Motions: **07/06/09**

Last Day to Hear Dispositive Motions: **08/10/09 at 10:00 AM**

Case continued to     for Further Case Management Conference

Case continued to **Monday, 09/14/09  at 3:00 p.m.** for Pretrial Conference

Case continued to **Tuesday, 09/29/09  at 8:30 a.m.** for Trial (Jury: 6 Days)

### SUMMARY

- Case is referred to private mediation.
- This matter is referred to a magistrate judge for settlement purpose.  The parties shall have until 09/02/08 to inform this Court of their choice of magistrate.

Cc: ADR