SETH L. NEULIGHT, State Bar No. 184440
sneulight@nixonpeabody.com
YI-YI CHANG, State Bar No. 228558
ychang@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111-3600
Telephone: (415) 984-8200
Fax: (415) 984-8300

Attorneys for
KAISER FOUNDATION HOSPITALS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FELICIA POWE-FLORES, <br><br> Plaintiff, <br><br> vs. <br><br> KAISER FOUNDATION HOSPITALS and RYAN THOMAS, <br><br> Defendants. | Case No. C08-02527 TEH <br><br> **SUBSTITUTION OF ATTORNEYS** |

TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that Defendant KAISER FOUNDATION HOSPITALS hereby substitute in as counsel of record NIXON PEABODY LLP, One Embarcadero Center, 18th Floor, San Francisco, CA, 94111-3600, Telephone: 415-984-8200, Facsimile: 415-984-8300, in the place and stead of THELEN LLP.

I consent to this substitution.

KAISER FOUNDATION HOSPITALS

DATED: 11/24/08

By: *Carlos Zaragoza*

SUBSTITUTION OF ATTORNEYS
CASE NO. 2:05-CV-00312-MCE-DADTEH

11227900.1

1  I consent to this substitution.

2                                                          THELEN LLP

3

4  DATED: November 21, 2008

5                                                          By: _____Deborah R. Schwartz_____

6

7  Nixon Peabody LLP accepts this substitution.

8

9  DATED: November 24, 2008                                NIXON PEABODY LLP

10

11                                                         By: _____
                                                               SETH L. NEULIGHT
12                                                             Attorneys for
                                                               KAISER FOUNDATION HOSPITALS
13

**IT IS SO ORDERED**
Judge Thelton E. Henderson
12/01/08
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

SUBSTITUTION OF ATTORNEYS
CASE NO. 2:05-CV-00312-MCE-DAD TEH

11227900.1