John Houston Scott, SBN 72578
Lizabeth N. de Vries, SBN 227215
**SCOTT LAW FIRM**
1375 Sutter Street, Suite 222
San Francisco, CA 94109
Tel: (415) 561-9600
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
FELICIA POWE-FLORES

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| FELICIA POWE-FLORES,<br><br>Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HOSPITAL, RYAN THOMAS, and DOES 1-50, inclusive<br><br>Defendants. | Case No.: C 08-02527 TEH<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[FRCP 41(A)(1)(a)]<br><br>Trial Date: September 29, 2009 |

Plaintiff Felicia Powe-Flores respectfully seeks to voluntarily dismiss this case with prejudice under Federal Rule of Civil Procedure 41(A)(1)(a)(i) and (ii) prior to Ryan Thomas's appearing in this matter, and, by stipulation with Kaiser Foundation Hospitals.

### Recitals

1.   Plaintiff Felicia Powe-Flores filed her complaint against Kaiser Foundation Hospitals ("Kaiser"), Ryan Thomas, and Does 1-50 in state court, which Kaiser removed to federal court. Powe-Flores subsequently amended her complaint with this Court's permission.

2.   Defendant Ryan Thomas was served twice but has not appeared in this action.

///

///

///

- 1 -

STIPULATION FOR VOLUNTARY DISMISSAL

3. The Court ordered the parties to participate in an alternative dispute resolution process on or before January 30, 2009.

4. Powe-Flores and Kaiser participated in a day-long mediation session before a mutually agreed-upon mediator on December 8, 2008. During the month of December, they negotiated the terms of an agreement to memorialize their confidential settlement.

5. Powe-Flores now voluntarily dismisses the case with prejudice as permitted under FRCP 41a(1)(A)(i) as to Ryan Thomas (who has not appeared) and, FRCP 41a(1)(A)(ii) as to Kaiser (by stipulation).

This stipulation is respectfully submitted by Powe-Flores and Kaiser through their attorneys of record.

DATED: January 13, 2009

**NIXON, PEABODY LLP**

By: /s/ Deborah R. Schwartz 
DEBORAH R. SCHWARTZ
Attorney for Defendant KAISER
FOUNDATION HOSPITALS

DATED: January 5, 2009

**SCOTT LAW FIRM**

By: /s/ Lizabeth N. de Vries
LIZABETH N. dE VRIES
Attorney for Plaintiff
FELICIA POWE-FLORES



IT IS SO ORDERED
Judge Thelton E. Henderson
01/16/09

SCOTT LAW FIRM
1375 SUTTER STREET, SUITE 222
SAN FRANCISCO, CA 94109

- 2 -

STIPULATION FOR VOLUNTARY DISMISSAL